IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                              PLAINTIFF

v.                         Case No. 4:21-cv-4061

TEXAR TREE & TIMBER, LLC
d/b/a TEXAR LINE CLEARANCE                                          DEFENDANT

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 27. Plaintiff has responded to the motion. ECF No. 33. Defendant has filed a reply. ECF No. 38. The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 27) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge