AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>v.<br>TEXAR TREE & TIMBER, LLC<br>d/b/a TEXAR LINE CLEARANCE | )<br>)<br>)   Case No.: 4:21-cv-4061<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/29/2023__ against __Plaintiff__,
                                                             *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................ | $ _____ |
| Fees for service of summons and subpoena ............................ | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 6,445.88 |
| Fees and disbursements for printing .................................. | _____ |
| Fees for witnesses *(itemize on page two)* ............................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................ | _____ |
| Docket fees under 28 U.S.C. 1923 ................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ....................... | _____ |
| Compensation of court-appointed experts ............................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ........................................ | _____ |
| TOTAL | $ 6,445.88 |

*SPECIAL NOTE*: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____ /s/ Mark K. Cameron _____

Name of Attorney: Mark K. Cameron

For: __Texar Tree & Timber, LLC d/b/a Texar Line Clearance__          Date: __10/17/2023__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                      *Deputy Clerk*                           *Date*

Janess Smith, CCR
P. O. Box 1692
Little Rock, AR 72203
501-920-5761
janesssmithccr@gmail.com

# INVOICE

**BILL TO**
Daniel L. Herrington
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201

**INVOICE #** 20220106
**DATE** 10/14/2022

**TERMS** Due on receipt

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/29/2022 | Equal Employment Opportunity Commission v. Texar Tree & Timber, LLC d/b/a Texar Line Clearance  4:21-CV-04061-SOH | |
| | **Appearance Fee** | 434.40 |
| | **Original and 1 Copy of Transcript**  Anthony Willis | 1,102.40 |
| | **Exhibits** | 10.00 |
| | **Mileage** | 93.13 |
| | **Postage** | 9.90 |

Thank you,    BALANCE DUE    **$1,649.83**

We appreciate your business!

Janess Smith, CCR
P. O. Box 1692
Little Rock, AR 72203
501-920-5761
janesssmithccr@gmail.com

# INVOICE

**BILL TO**
Daniel L. Herrington
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201

**INVOICE #** 20220108
**DATE** 10/14/2022

**TERMS** Due on receipt

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/30/2022 | Equal Employment Opportunity Commission v. Texar Tree & Timber, LLC d/b/a Texar Line Clearance 4:21-CV-04061-SOH | |
| | **Appearance Fee** | 373.15 |
| | **Original and 1 Copy of Transcript** Daniel Carter | 879.80 |
| | **Original and 1 Copy of Transcript** Carlos Dudley | 551.20 |
| | **Exhibits** | 6.75 |
| | **Postage** | 9.90 |

Thank you,

We appreciate your business!

BALANCE DUE **$1,820.80**

Janess Smith, CCR
P. O. Box 1692
Little Rock, AR 72203
501-920-5761
janesssmithccr@gmail.com

# INVOICE

**BILL TO**
Daniel L. Herrington
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201

**INVOICE #** 20220111
**DATE** 10/14/2022

**TERMS** Due on receipt

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31/2022 | Equal Employment Opportunity Commission v. Texar Tree & Timber, LLC d/b/a Texar Line Clearance 4:21-CV-04061-SOH | |
| | **Copy of Transcript** John Scoggins | 289.00 |
| | **Copy of Transcript** Fallon Scoggins | 88.40 |
| | **Exhibits** | 57.25 |

Thank you,

We appreciate your business!

**BALANCE DUE**  **$434.65**

Janess Smith, CCR
P. O. Box 1692
Little Rock, AR  72203
501-920-5761
janesssmithccr@gmail.com

# INVOICE

**BILL TO**
Daniel L. Herrington
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue
Suite 2000
Little Rock, Arkansas  72201

**INVOICE #** 20220112
**DATE** 10/14/2022

**TERMS** Due on receipt

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01/2022 | Equal Employment Opportunity Commission v. Texar Tree & Timber, LLC d/b/a Texar Line Clearance 4:21-CV-04061-SOH | |
| | **Appearance Fee** | 373.15 |
| | **Original and 1 Copy of Transcript**<br>Gregory Briscoe | 837.40 |
| | **Original and 1 Copy of Transcript**<br>Dequavian Person | 424.00 |
| | **Exhibits** | 20.75 |
| | **Postage** | 18.80 |

Thank you,    **BALANCE DUE**    **$1,674.10**

We appreciate your business!

Janess Smith, CCR
P. O. Box 1692
Little Rock, AR 72203
501-920-5761
janesssmithccr@gmail.com

# INVOICE

**BILL TO**
Daniel L. Herrington
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201

**INVOICE #** 20220114
**DATE** 10/14/2022

**TERMS** Due on receipt

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/02/2022 | Equal Employment Opportunity Commission v. Texar Tree & Timber, LLC d/b/a Texar Line Clearance<br>4:21-CV-04061-SOH | |
| | **Appearance Fee** | 175.00 |
| | **Original and 1 Copy of Transcript**<br>Marquis Richardson | 673.10 |
| | **Exhibits** | 8.50 |
| | **Postage** | 9.90 |
| Thank you, | **BALANCE DUE** | **$866.50** |
| We appreciate your business! | | |